```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SAFTA RIVER NORTH MEMBER, LLC,                                         :
                                                                       :
                            Plaintiff,                                 :
                                                                       :
            -v-                                                        :     25 Civ. 6175 (JPC)
                                                                       :
SAFTAS 86 LLC d/b/a SAFTAS et al.,                                     :     ORDER
                                                                       :
                            Defendants.                                :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 10, 2025, Plaintiff filed a pre-motion letter seeking leave to file a motion to dismiss Defendants' counterclaims. Dkt. 15. Under the Court's Individual Rules and Practices for Civil Cases, Defendants were required to submit a letter response by October 16, 2025, but failed to do so. The Court now orders Defendants to submit a letter response no later than October 20, 2025.

SO ORDERED.

Dated: October 17, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge