UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
SAFTA RIVER NORTH MEMBER, LLC,                                         :
:
                Plaintiff,                                  :
:
             -v-                                            :     25 Civ. 6175 (JPC)
:
SAFTAS 86 LLC d/b/a SAFTAS *et al.*,                                   :     <u>ORDER</u>
:
                Defendants.                                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On November 10, 2025, the Court scheduled a conference for November 19, 2025, at 2:00 p.m. and ordered the parties to submit a joint letter and proposed case management plan ("CMP") by November 12, 2025. Dkt. 21. The parties subsequently failed to file a joint letter or a proposed CMP by the required date. No later than November 14, 2025, the parties must file the required letter and proposed CMP or be prepared to explain at the upcoming conference why sanctions should not issue.

       SO ORDERED.

Dated: November 13, 2025
       New York, New York

                                                      JOHN P. CRONAN
                                            United States District Judge