*The request is granted. The conference is adjourned until December 1, 2025 at 10:00 a.m. The Clerk of Court is respectfully directed to close Dkt. 24.*

*SO ORDERED*
*November 17, 2025*

JOHN P. CRONAN
United States District Judge



November 13, 2025

The Honorable John P. Cronan     **Via CM/ECF**
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

    Re:    *Safta River North Member, LLC v. Gindi, et al.*, Case No. 1:25-cv-06175-JPC

Dear Judge Cronan:

    I am counsel for Plaintiff in the above-referenced matter. Pursuant to Local Civil Rule 7.1(d) and Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, Plaintiff respectfully requests that the November 19 conference be adjourned because Plaintiff's counsel is already scheduled to appear at a status conference in another matter on that date at 2:00 pm ET. Should the Court reset the scheduling conference, Plaintiff requests a date on or after December 1, 2025.

    Plaintiff requests this extension in good faith and not for purposes of delay. On November 7, 2025, Plaintiff was set for a status conference in an Arbitration involving seven parties, two of which Plaintiff's counsel represents. Plaintiff's counsel is a solo practitioner and there are no other attorneys that can appear at the status conference.

    Defendants consent to the requested continuance. This is Plaintiff's first request for a continuance.

    Plaintiff respectfully requests that the Court adjourn the November 19 conference or continue it to a date on or after December 1, 2025.

    Thank you for Your Honor's consideration of this matter.

                             Sincerely,

                             Gail Podolsky

cc: All counsel of record (via ECF)

Gail Podolsky
gail@podolsky-law.com
404.282.7776
www.podolsky-law.com

1100 Peachtree St NE
Suite 900
Atlanta, GA 30309

136 Madison Avenue
5th & 6th Floors
New York, NY 10016